UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :     Chapter 11
                                                   :
SOUNDVIEW ELITE LTD., *et al*.,                    :     Case No. 13-13098 (MKV)
                                                   :     (Jointly Administered)
                      Debtors.                     :
------------------------------------------------------------------x
CORINNE BALL, as Plan Administrator of             :
SOUNDVIEW ELITE LTD.,                              :     Adv. Pro. No.: 15-01312 (MKV)
                                                   :
                      Plaintiff,                   :
               v.                                  :
                                                   :
JAMES CROSSON, JR.,                                :
                                                   :
                      Defendant.                   :
------------------------------------------------------------------x

**ORDER GRANTING MOTION OF PLAN ADMINISTRATOR TO ENFORCE
SETTLEMENT AGREEMENT WITH JAMES CROSSON, JR. AND
FOR ENTRY OF JUDGMENT AGAINST JAMES CROSSON, JR.**

Upon the motion (the "**Motion**")[1], of Corinne Ball, not personally, but solely in her capacity as Plan Administrator of Soundview Elite Ltd. ("**Soundview Elite**") and Plaintiff (the "**Plaintiff**") in the above-captioned Adversary Proceeding, to enforce the settlement agreement (the "**Settlement Agreement**") with James Crosson, Jr., the defendant in the above-captioned Adversary Proceeding ("**Crosson**"), and for entry of a judgment against Crosson in the amount of $10,000 plus pre-judgment interest and costs of this action [ECF No. 23]; and due and proper notice of the Motion having been provided and no other or further notice need be provided [ECF No. 25]; and there being no opposition to the Motion; the Court having reviewed the Motion and having determined that the legal and factual basis set forth in the Motion

---

[1]    Capitalized terms not defined herein shall have the meaning given to such terms in the Motion.

establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that Crosson is found and adjudicated to be in material breach of the Settlement Agreement; and it is further

ORDERED that the Plaintiff have judgment against Crosson in the liquidated amount of $10,000, plus pre-judgment interest from the date of commencement of this Adversary Proceeding through May 31, 2018 in the amount of $2,251, plus $350 in costs for this action, plus post-judgment interest accruing from the date of entry of a judgment at the federal post-judgment rate under 28 U.S.C. § 1961; and it is further

ORDERED that the Clerk of the Court is directed to enter a judgment against Crosson substantially in the form annexed hereto as Exhibit 1; and it is further

ORDERED that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       August 8, 2018

                                          _s/ Mary Kay Vyskocil_____
                                          HONORABLE MARY KAY VYSKOCIL
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

# JUDGMENT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                        :        Chapter 11
                                                             :
SOUNDVIEW ELITE LTD., *et al.*,                              :        Case No. 13-13098 (MKV)
                                                             :        (Post-Confirmation)
                 Confirmed Debtors.                          :
----------------------------------------------------------------x
CORINNE BALL, as Plan Administrator of                       :
SOUNDVIEW ELITE LTD.,                                        :        Adv. Pro. No.: 15-01312 (MKV)
                                                             :
                 Plaintiff,                                  :
        v.                                                   :
                                                             :
JAMES CROSSON, JR.,                                          :
                                                             :
                 Defendant.                                  :
----------------------------------------------------------------x

## JUDGMENT

      The Court has ordered that the plaintiff, Corinne Ball, as Plan Administrator of Soundview Elite Ltd., recover from the defendant James Crosson, Jr. the amount of Twelve Thousand Six Hundred and One Dollars ($12,601), plus post-judgment interest accruing from the date of entry of a judgment against defendant at the federal post-judgment rate under 28 U.S.C. § 1961.

Date:                                                                               *CLERK OF THE COURT*

                                                            _____
                                                                              *Clerk or Deputy Clerk*